UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
Case No. 5:24-cv-00118-JHM-LLK

**JOSEPH WILLIAMS,**          **PETITIONER**

v.

**SHAWN MCKENZIE, Warden,**          **RESPONDENT**

### ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Recommendations, and no objections having been filed thereto:

**IT IS HEREBY ORDERED** that the Court adopts the Findings of Fact and Recommendations as set forth in the report submitted by the United States Magistrate Judge.

**IT IS FURTHER ORDERED** that Respondent's motion to dismiss because the petition was filed outside the applicable 1-year period of limitation, [DN 16], is **GRANTED**.

**IT IS FURTHER ORDERED** that the petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254, [DN 1], is **DENIED** and **DISMISSED**.

**IT IS FURTHER ORDERED** that all remaining pending motions are **DENIED. IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

*Joseph H. McKinley*
Joseph H. McKinley Jr., Senior Judge
United States District Court

April 16, 2025

cc:     Counsel
        Joseph Williams, *pro se*

1